**SHA-1 Hash:** EE7B1E84B6FD741359D99A0397DF043842BAB4D7   **Title:**   Cuties 2
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.251.234.79 | 6/22/2011 5:01 | Scottsdale | AZ | Cox Communications | BitTorrent |
| 2 | 24.251.53.13 | 6/7/2011 8:55 | Phoenix | AZ | Cox Communications | BitTorrent |
| 3 | 24.251.9.176 | 5/19/2011 0:28 | Goodyear | AZ | Cox Communications | BitTorrent |
| 4 | 24.251.92.89 | 6/5/2011 23:39 | Tempe | AZ | Cox Communications | BitTorrent |
| 5 | 68.0.139.90 | 5/23/2011 0:59 | Sierra Vista | AZ | Cox Communications | BitTorrent |
| 6 | 68.0.166.136 | 6/24/2011 11:11 | Sierra Vista | AZ | Cox Communications | BitTorrent |
| 7 | 68.0.184.223 | 6/15/2011 3:29 | Fort Huachuca | AZ | Cox Communications | BitTorrent |
| 8 | 68.104.151.47 | 6/2/2011 11:32 | Goodyear | AZ | Cox Communications | BitTorrent |
| 9 | 68.109.172.249 | 6/15/2011 9:38 | Mesa | AZ | Cox Communications | BitTorrent |
| 10 | 68.109.180.218 | 5/22/2011 15:45 | Phoenix | AZ | Cox Communications | BitTorrent |
| 11 | 68.2.228.247 | 6/28/2011 7:32 | Peoria | AZ | Cox Communications | BitTorrent |
| 12 | 68.225.198.107 | 7/12/2011 7:24 | Chandler | AZ | Cox Communications | BitTorrent |
| 13 | 68.226.124.132 | 6/20/2011 23:07 | Phoenix | AZ | Cox Communications | BitTorrent |
| 14 | 68.231.153.172 | 5/21/2011 2:30 | Surprise | AZ | Cox Communications | BitTorrent |
| 15 | 68.98.33.70 | 6/20/2011 3:57 | Tucson | AZ | Cox Communications | BitTorrent |
| 16 | 70.162.10.125 | 6/9/2011 20:29 | Tempe | AZ | Cox Communications | BitTorrent |
| 17 | 70.162.18.190 | 6/19/2011 18:14 | Tucson | AZ | Cox Communications | BitTorrent |
| 18 | 70.162.183.180 | 7/3/2011 4:56 | Sahuarita | AZ | Cox Communications | BitTorrent |
| 19 | 70.162.207.192 | 5/31/2011 2:03 | Peoria | AZ | Cox Communications | BitTorrent |
| 20 | 70.176.107.248 | 6/1/2011 11:02 | Goodyear | AZ | Cox Communications | BitTorrent |
| 21 | 70.176.114.98 | 5/19/2011 13:54 | Tempe | AZ | Cox Communications | BitTorrent |

EXHIBIT A

AZ2

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 70.176.171.58 | 5/19/2011 17:00 | Surprise | AZ | Cox Communications | BitTorrent |
| 23 | 70.176.249.145 | 7/15/2011 4:45 | Chandler | AZ | Cox Communications | BitTorrent |
| 24 | 70.176.79.7 | 6/22/2011 2:31 | Tucson | AZ | Cox Communications | BitTorrent |
| 25 | 70.176.84.5 | 5/30/2011 0:34 | Glendale | AZ | Cox Communications | BitTorrent |
| 26 | 70.190.183.151 | 6/18/2011 10:52 | Tucson | AZ | Cox Communications | BitTorrent |
| 27 | 70.190.80.17 | 5/25/2011 14:59 | Mesa | AZ | Cox Communications | BitTorrent |
| 28 | 72.201.103.82 | 5/22/2011 10:07 | Goodyear | AZ | Cox Communications | BitTorrent |
| 29 | 72.208.156.217 | 5/18/2011 11:45 | Phoenix | AZ | Cox Communications | BitTorrent |
| 30 | 72.208.7.63 | 5/29/2011 7:43 | Tucson | AZ | Cox Communications | BitTorrent |
| 31 | 72.211.165.73 | 6/8/2011 21:27 | Avondale | AZ | Cox Communications | BitTorrent |
| 32 | 72.223.115.84 | 6/8/2011 21:37 | Mesa | AZ | Cox Communications | BitTorrent |
| 33 | 72.223.94.47 | 5/25/2011 19:13 | Mesa | AZ | Cox Communications | BitTorrent |
| 34 | 98.165.138.128 | 6/30/2011 3:31 | Phoenix | AZ | Cox Communications | BitTorrent |
| 35 | 98.165.14.98 | 6/22/2011 8:42 | Phoenix | AZ | Cox Communications | BitTorrent |
| 36 | 98.165.33.135 | 5/19/2011 0:02 | Scottsdale | AZ | Cox Communications | BitTorrent |
| 37 | 98.167.178.6 | 5/22/2011 8:12 | Tolleson | AZ | Cox Communications | BitTorrent |
| 38 | 98.177.175.177 | 6/3/2011 3:34 | Queen Creek | AZ | Cox Communications | BitTorrent |
| 39 | 98.177.199.63 | 7/3/2011 6:05 | Mesa | AZ | Cox Communications | BitTorrent |
| 40 | 174.18.2.18 | 6/15/2011 16:40 | Tucson | AZ | Qwest Communications | BitTorrent |
| 41 | 174.26.96.172 | 6/6/2011 2:34 | Tempe | AZ | Qwest Communications | BitTorrent |
| 42 | 174.30.147.168 | 6/5/2011 2:12 | Tucson | AZ | Qwest Communications | BitTorrent |
| 43 | 184.98.179.131 | 5/29/2011 7:55 | Scottsdale | AZ | Qwest Communications | BitTorrent |
| 44 | 63.147.47.27 | 6/18/2011 1:21 | Wellton | AZ | Qwest Communications | BitTorrent |

EXHIBIT A

AZ2

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 45 | 63.227.85.245 | 5/20/2011 22:00 | Tucson | AZ | Qwest Communications | BitTorrent |
| 46 | 63.230.195.148 | 5/19/2011 19:35 | Phoenix | AZ | Qwest Communications | BitTorrent |
| 47 | 63.231.193.66 | 5/30/2011 21:24 | Yuma | AZ | Qwest Communications | BitTorrent |
| 48 | 71.209.193.90 | 5/23/2011 17:07 | Mesa | AZ | Qwest Communications | BitTorrent |
| 49 | 71.214.160.212 | 6/11/2011 9:03 | Tucson | AZ | Qwest Communications | BitTorrent |
| 50 | 71.223.178.202 | 6/16/2011 3:18 | Phoenix | AZ | Qwest Communications | BitTorrent |
| 51 | 71.35.52.12 | 5/25/2011 10:35 | Phoenix | AZ | Qwest Communications | BitTorrent |
| 52 | 71.35.55.245 | 6/29/2011 21:36 | Phoenix | AZ | Qwest Communications | BitTorrent |
| 53 | 75.171.71.77 | 6/15/2011 0:11 | Phoenix | AZ | Qwest Communications | BitTorrent |
| 54 | 97.124.56.167 | 6/7/2011 6:08 | Phoenix | AZ | Qwest Communications | BitTorrent |

EXHIBIT A

AZ2