**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| PATRICK COLLINS, INC., | |
|---|---|
| Plaintiff. | Case No. 11-cv-01602-PHX-GMS |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |
| JOHN DOES 1-54, | |
| Defendants. | |

THIS CAUSE having come before the Court upon Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants, and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby,

ORDER AND ADJUDGE: Plaintiff shall have until thirty (30) days after Plaintiff has learned all of the identities of the Doe Defendants, or until January 12, 2012, to effectuate service upon each Doe Defendant.

/ /

/ /

1    DONE AND ORDERED this ___ day of _____, 2011.

2

3                                                By:_____
                                                      United States District Judge

4   Cc: All parties by CM/ECF

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24