# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Collins, Inc., <br><br> Plaintiff. <br><br> v. <br><br> John Does 1-54, <br><br> Defendants. | Case No. 11-cv-01602-PHX-GMS <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |

Pending before the Court is Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants (Doc. 20), and the Court having reviewed said motion,

**IT IS ORDERED** that Plaintiff shall have until thirty (30 days) after Plaintiff has learned all of the identities of the Doe Defendants, or until **January 12, 2012**, to effectuate service upon each Doe Defendant.

Dated this 14th day of December, 2011.

_____
G. Murray Snow
United States District Judge

1