Case: 2:11cv1602

**FILED** ___ LODGED
___ RECEIVED ___ COPY

DEC 2 0 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____P DEPUTY

Unknown Party

711 Torpedo Way
Liberty Hill, TX 78642

(Doc 21)

**CLERK, UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130**
**401 W. WASHINGTON ST., SPC-1**
**PHOENIX, AZ 85003-2118**

OFFICIAL BUSINESS

Hasler   FIRST-CLASS MAIL
12/14/2011
US POSTAGE   $00.440



ZIP 85003
011D11628936

DEC 2 0 2011

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE       787  5E 1       00 12/17/11
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 85003213099    *1914-06890-14-37