# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Collins, Inc., <br><br> Plaintiff. <br><br> v. <br><br> John Doe 6, Christie Dumlao and Ching Yun Aguirre, <br><br> Defendants. | Case No. CV-11-1602-PHX-GMS <br><br> **ORDER** |

THIS CAUSE having come before the Court upon Plaintiff's Second Motion to Enlarge the Time within Which it Has to Serve Doe Defendants with Summons and Complaint (Doc. 29), and good cause appearing,

IT IS ORDERED that Plaintiff shall have **twenty (20) days** after this Court's ruling on John Doe 6's Motion to Quash to effectuate service of the summons and Complaint upon the John Doe Defendants.

Dated this 12th day of January, 2012.

*/s/ G. Murray Snow*
G. Murray Snow
United States District Judge

1