Case: 2:11cv1602

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      JAN 2 3 2012

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

Unknown Party

711 Torpedo Way
Liberty Hill, TX 78642

(Doc 30)

---

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

Hasler   FIRST-CLASS MAIL
01/13/2012
US POSTAGE   $00.44⁰



ZIP 85003
011D11628936

RECEIVED

JAN 2 3 2012

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE      787   4E 1       02 01/18/12
      RETURN TO SENDER
      NO SUCH STREET
      UNABLE TO FORWARD

BC: 85003213099     *2314-03128-13-37