Ching Yun Aguirre

3397 S. Crown Dancer Dr.

Tucson, Arizona 85730

Phone: (520) 513-0198

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

PATRICK COLLINS, INC.,

                    Plaintiff.                Case No. 2:11-cv-01602-GMS

v.                                             **REQUEST FOR EXTENSION OF**

                                                **TIME TO ANSWER COMPLAINT**

JOHN DOE 6, CHRISTIE DUMLAO AND

CHING YUN AGUIRRE,

                    Defendants.

      Ching Yun Aguirre, pro se, respectfully requests an extension of time of 90 days to answer complaint for Case No.2:11-cv-01602-GMS.

      The answer is currently due on January 31, 2012. Ching Yun Aguirre asks for a 90 day extension of filing to May 1, 2012, for the following reasons:

      1.     Ms. Ching Yun Aguirre has taken this case to the Arizona Attorney General's office because she believed there may be criminal activities occurring that are tied to this case. The Arizona Attorney General has agreed to investigate these claims. Ms. Ching Yun Aguirre would like to wait for any results of this investigation within the 90 day period before she answers the complaint. Ms. Ching Yun Aguirre is also filing this extension on the advice of the investigator and Arizona Attorney General Office.

      2.     Before this lawsuit was filed, Ms. Ching Yun Aguirre had booked tickets to visit her mother in Taiwan. Her mother is close to 90 years old and is feeble and sick. It would cause a great hardship and financial burden to cancel the tickets and re-book her trip. The 90 day extension would allow Ms. Ching Yun Aguirre, who is an American citizen and owns property only in the U.S., to continue on her trip and give her time to respond to negotiate a settlement or, if negotiations fail, answer the complaint when she arrives back in the United States on March 15, 2012. The investigator was informed of Ms. Ching Yun Aguirre's trip and said that it would not interfere with the investigation if she went and advised her to go.



Respectfully submitted,

_Ching Yun Aguirre_
Ching Yun Aguirre

This document was written with the help of Ms. Ching Yun Aguirre's son since she cannot read or write English.

Copy mailed to:

**STEVENS LAW OFFICE, PLC**

Ryan J. Stevens (AZ Bar No. 026378)

309 N. Humphreys Street, Ste. 2

Flagstaff, Arizona 86001

Phone: (928) 226-0165

Fax: (928) 752-8111

stevens@flagstaff-lawyer.com

*Attorney for Plaintiff*

