1  **STEVENS LAW OFFICE, PLC**
   Ryan J. Stevens (AZ Bar No. 026378)
2  309 N. Humphreys Street, Ste. 2
   Flagstaff, Arizona 86001
3  Phone: (928) 226-0165
   Fax: (928) 752-8111
4  stevens@flagstaff-lawyer.com
   *Attorney for Plaintiff*
5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8  Patrick Collins, INC.,

9                    Plaintiff.                Case No. 2:11-cv-01602-GMS

10  v.                                         **PLAINTIFF'S NOTICE OF**
                                                **VOLUNTARY DISMISSAL WITH**
11                                              **PREJUDICE OF  DEFENDANT,**
    JOHN DOE 6, CHRISTIE DUMLAO AND             **CHING YUN AGUIRRE ONLY**
12  CHING YUN AGUIRRE,

13                   Defendants.

14

15         **PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant

16  Ching Yun Aguirre from this action with prejudice, a settlement having been reached.

17  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

18         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, Ching Yun Aguirre has

19  neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

20         / /

21         / /

22         / /

23

24

                                      1

1    DATED this 2nd day of February, 2012.

2                                          Respectfully submitted,

3                                          /s/ Ryan J. Stevens
                                           Ryan J. Stevens
4                                          AZ Bar No. 026378
                                           STEVENS LAW OFFICE, PLC
5                                          309 N. Humphreys Street, Suite 2
                                           Flagstaff, Arizona 86001
6                                          Telephone: (928) 226-0165
                                           Facsimile: (928) 752-8111
7                                          Email: stevens@flagstaff-lawyer.com
                                           *Attorney for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ Ryan J. Stevens
Ryan J. Stevens