AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-1602

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Christie Dumlao**
was received by me on *(date)* **1-10-12**.

☒ I personally served the summons on the individual at *(place)* **2390 E Indian Wells Dr, Chandler AZ 85249** on *(date)* **1-10-12 @ 6:37pm** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1-10-12**

*Server's Signature*

**Rick Schattenberg**
**DIRECT ACCESS**
**550 W. Baseline Rd.**
**Suite 102, #200**
**Mesa, AZ 85210**

*Server's address*

Additional information regarding attempted service, etc: