**GRIFFEN & STEVENS LAW FIRM, PLLC**
Ryan J. Stevens (AZ Bar No. 026378)
609 N. Humphreys Street
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff. <br><br> v. <br><br> JOHN DOE 6, CHRISTIE DUMLAO AND CHING YUN AGUIRRE, <br><br> Defendants. | Case No. 2:11-cv-01602-GMS |

### STATUS REPORT

Plaintiff, Patrick Collins, Inc, files this status report in response to this Court's Order [Dkt. #37] and states as follows:

1. On January 7, 2012, Plaintiff filed its Amended Complaint naming Defendants Christie Dumlao and Ching Yun Aguirre in this case.

2. Defendant, John Doe 6 filed a Motion to Quash Plaintiff's Subpoena on October 21, 2011 [Dkt. #6], to which Plaintiff responded on November 4, 2011, [Dkt. #11]. No ruling had been entered by the Court by January 7, 2012; therefore this Defendant had to remain in the case.

3. On January 10th, 2012, Plaintiff perfected service of the Amended Complaint and Summons on Defendants, Christie Dumlao and Ching Yun Aguirre.

1

4. Defendant, Ching Yun Aguirre and Plaintiff settled this matter; therefore all claims asserted against this Defendant were dismissed with prejudice by Plaintiff on February 2nd, 2012, [Dkt. #33].

5. Defendant, Christie Dumlao contacted Plaintiff's counsel after being served with the Amended Complaint and Summons and both parties entered into settlement discussions.

6. Initially, a settlement appeared likely, but to date the parties have been unable to agree on terms.

7. Therefore, Plaintiff is filing contemporaneously herewith a Motion for Entry of Clerk's Default.

DATED this 12th day of April, 2012.

Respectfully submitted,

/s/ Ryan J. Stevens
Ryan J. Stevens
AZ Bar No. 026378
GRIFFEN & STEVENS LAW FIRM, PLLC
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on Defendant, Christie Dumlao by US mail to: 2390 E. Indian Wells Derive. Chandler, AZ 85249 and E-mail: scarlettladybug@hotmail.com.

/s/ Ryan J. Stevens
Ryan J. Stevens