**GRIFFEN & STEVENS LAW FIRM, PLLC**
Ryan J. Stevens (AZ Bar No. 026378)
609 N. Humphreys Street
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>　　　　　Plaintiff.<br><br>v.<br><br>JOHN DOE 6, CHRISTIE DUMLAO AND CHING YUN AGUIRRE,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01602-GMS<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

　　　　Plaintiff, PATRICK COLLINS, INC. ("Plaintiff"), by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 55, hereby files its Motion for Entry of Default Judgment ("Motion") against Defendant, CHRISTIE DUMLAO ("Defendant"), and in support thereof, states:

　　　　1.　　On August 15th, 2011, Plaintiff filed its Complaint in this action.

　　　　2.　　On January 7th, 2012 Plaintiff filed its Amended complaint.

　　　　3.　　On January 10th, 2012, Defendant, CHRISTIE DUMLAO was served with the summons and Amended Complaint.

　　　　4.　　Defendant failed to plead or otherwise defend against Plaintiff's Amended Complaint.

1   5. On April 12th, 2012, Plaintiff filed and served a request that the Clerk of
2   the Court enter Defendant's default pursuant to Fed.R.Civ.P. 55(a).

3   6. Default was entered as to Defendant on April 13th, 2012.

4   7. Defendant is not a minor or incompetent person. *See* Decl. of Ryan J.
5   Stevens.

6   8. This Motion is based on the allegations in Plaintiff's Amended Complaint.
7   Defendant has admitted all of the facts alleged therein by failing to plead or otherwise
8   respond to the Amended Complaint. *See Ortiz-Gonzalez v. Fonovisa*, 277 F.3d 59, 62-63
9   (1st Cir. 2002) ("A defaulting party is taken to have conceded the truth of the factual
10  allegations in the complaint as establishing the grounds for liability as to which damages
11  will be calculated.") (internal quotation marks and citation omitted).

12  9. This Motion is further based on the facts attested to in the Declaration of
13  Ryan J. Stevens, Esq. and the Memorandum of Points and Authorities in Support of
14  Motion for Entry of Default Judgment filed contemporaneously herewith, and the record
15  of the proceedings and papers on file herein. These materials are sufficient to justify the
16  requested relief.

17  **WHEREFORE**, Plaintiff, PATRICK COLLINS, INC., respectfully requests entry
18  of a default judgment and in favor of Plaintiff and against the Defendant, in the form of
19  the Proposed Default Judgment and Permanent Injunction attached hereto, and for such
20  other and further relief this Court deems just and proper.

21  / /
22  / /
23  / /
24  / /

Dated: April 26, 2012.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
GRIFFEN & STEVENS LAW FIRM, PLLC
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on Defendant, Christie Dumlao by US mail to: 2390 E. Indian Wells Derive. Chandler, AZ 85249 and E-mail: scarlettladybug@hotmail.com.

*/s/ Ryan J. Stevens*
Ryan J. Stevens